WRIGHT, FINLAY & ZAK, LLP
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
*Attorneys for Defendant, New American Funding, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CARLY PRESHER,<br><br>        Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; CLARITY SERVICES, INC.; NEW AMERICAN FUNDING, LLC; and JPMORGAN CHASE BANK, N.A.,<br><br>        Defendants. | Case No.: 2:24-cv-00779-JCM-EJY<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT NEW AMERICAN FUNDING, LLC's RESPONSE TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, Carly Presher ("Plaintiff"), and Defendant, New American Funding, LLC ("NAF") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On April 23, 2024, Plaintiff filed her Complaint in the above-captioned case, naming *inter alia*, NAF [ECF No. 1] ("Complaint").

2. NAF's response to the Complaint is currently due May 22, 2024. Parties agree to an extension of this response deadline up to and including June 24, 2024 to allow time for NAF to conduct its investigation pertinent to allegations in the Complaint.

///

///

///

3. This is the Parties' first request an extension of time, and is made in good faith and not to cause any undue delay or prejudice.

| | |
|---|---|
| DATED this 20th day of May, 2024. | Dated this 20th day of May, 2024. |
| WRIGHT, FINLAY & ZAK, LLP | FREEDOM LAW FIRM |
| */s/ Yanxiong Li* | */s/ Gerardo Avalos* |
| Yanxiong Li, Esq.<br>Nevada Bar No. 12807<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, New American Funding, LLC* | Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave. Suite 350<br>Las Vegas, NV 89123<br>*Attorneys for Plaintiff, Carly Presher* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 20, 2024