Joel E. Tasca, Esq.
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Carly Presher,<br><br>  Plaintiff,<br><br>v.<br><br>Trans Union LLC; Equifax Information Services LLC; Experian Information Solutions, Inc.; Clarity Services, Inc.; New American Funding, LLC; and JPMorgan Chase Bank, N.A.,<br><br>  Defendants. | CASE NO. 2:24-cv-00779<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO COMPLAINT**<br><br>**(Fourth Request)** |

The current deadline for Defendant JPMorgan Chase Bank, N.A. to respond to Plaintiff Carly Presher's complaint is July 1, 2024. Defendant has requested, and Plaintiff has agreed, that JPMorgan Chase Bank, N.A. shall have up to and including July 15, 2024, to respond to Plaintiff's complaint, as the parties continue to discuss a potential early resolution of claims asserted against JPMorgan Chase Bank, N.A.

This is the fourth request for such an extension, and it is made in good faith and not for purposes of delay.

///

///

DMFIRM #412816870 v1

Dated: July 1, 2024.

| BALLARD SPAHR LLP | FREEDOM LAW FIRM, LLC |
|---|---|
| By: /s/ Madeleine Coles<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Madeleine Coles, Esq.<br>Nevada Bar No. 16216<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Gerardo Avalos<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>8985 South Eastern Ave., Suite 100<br>Las Vegas, Nevada 89123 |
| *Attorneys for Defendant JPMorgan Chase Bank, N.A.* | *Attorneys for Plaintiff Carly Presher* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 1, 2024