George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Carly Presher*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Carly Presher, | Case No.: 2:24-cv-00779 |
| Plaintiff, | |
| v. | **Stipulation and Order for dismissal of New American Funding, LLC with prejudice.** |
| Trans Union LLC; Equifax Information Services LLC; Experian Information Solutions, Inc.; Clarity Services, Inc.; New American Funding, LLC and JPMorgan Chase Bank, N.A., | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Carly Presher and New American Funding, LLC stipulate to dismiss Plaintiff's claims against New American Funding, LLC with prejudice.

///
///
///
///
///

_____

STIPULATION AND ORDER         - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 31, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Carly Presher*

**WRIGHT, FINLAY & ZAK, LLP**

/s/ *Stephanie A. Garabedian*
Christina V. Miller, Esq.
Stephanie A. Garabedian, Esq.
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Counsel for New American Funding, LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: August 1, 2024