WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(949) 477-5050; Fax: (702) 946-1345
sgarabedian@wrightlegal.net
*Attorneys for Defendant, New American Funding, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CARLY PRESHER,<br><br>   Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; CLARITY SERVICES, INC.; NEW AMERICAN FUNDING, LLC; and JPMORGAN CHASE BANK, N.A.,<br><br>   Defendants. | Case No.: 2:24-cv-00779-JCM-EJY<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

   Stephanie A. Garabedian, Esq. ("Ms. Garabedian"), of the law firm of WRIGHT, FINLAY & ZAK, LLP ("WFZ"), counsel of record for Defendant, New American Funding, LLC ("NAF"), requests removal from the CM/ECF Service List in the above-captioned matter. NAF has been dismissed from the instant matter with prejudice and it is no longer necessary that Ms. Garabedian or any attorney from WFZ continue to receive CM/ECF notice of the ongoing proceedings on behalf of NAF.

/././
/././
/././
/././

1         Accordingly, the undersigned counsel requests that she be removed from the CM/ECF

2    Service List in this matter.

3    DATED this 6th day of August, 2024.

4                              WRIGHT, FINLAY & ZAK, LLP

5                              */s/ Stephanie A. Garabedian*

6                              Stephanie A. Garabedian, Esq.

7                              Nevada Bar No. 9612

                          8337 W. Sunset Rd., Suite 220

8                              Las Vegas, NV 89113

9                              *Attorneys for Defendant, New American Funding, LLC*

10

11   **IT IS SO ORDERED.**

12        Dated this 6th day of August, 2024.

13

14                             _____

15                             UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28