George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Carly Presher*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Carly Presher,<br><br>            Plaintiff,<br><br>      v.<br><br>Trans Union LLC; Equifax Information Services LLC; Experian Information Solutions, Inc.; Clarity Services, Inc.; New American Funding, LLC; and JPMorgan Chase Bank, N.A.,<br><br>            Defendants. | Case No.: 2:24-cv-00779<br><br>**Stipulation for dismissal of Equifax Information Services LLC with prejudice.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Carly Presher and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///
///
///
///
///

_____

STIPULATION                                              - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: February 14, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Carly Presher*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: February 25, 2025